AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**CHRISTOPHER JOHNSON**<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 18-MJ-4055 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __CHRISTOPHER JOHNSON__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

the defendant has violated Title 18, United States, Code, Section 2252A(a)(2)(A), knowingly receiving and distributing child pornography that had been transported in or affecting interstate or foreign commerce by computer, and Title 18, United States Code, Section 2252A(a)(5)(B), knowingly possessing child pornography that had been shipped or transported in or affecting interstate or foreign commerce by any means including by computer.

Date: 6/5/18

_Marian W. Payson_
*Issuing officer's signature*

City and state: Rochester, NY

Hon. Marian W. Payson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/5/18, and the person was arrested on *(date)* 6/7/18
at *(city and state)* Rochester, NY.

Date: 6/7/18

_Christopher Toscano_
*Arresting officer's signature*

TFO Chris Toscano
*Printed name and title*